1   BRUCE W. KELLEY
    Nevada Bar No. 7331
2   STEVEN D. BROKA
    Nevada Bar No. 15510
3   WINNER & BOOZE
    1117 South Rancho Drive
4   Las Vegas, Nevada 89102
    Phone (702) 243-7000
5   Facsimile (702) 243-7059
    bkelley@winnerfirm.com
6   sbroka@winnerfirm.com
    Attorneys for Defendants Pedro Valladares Hidalgo and
7   PBRB Logistics, LLC

8                    UNITED STATES DISTRICT COURT

9                       DISTRICT OF NEVADA

10  D. ANTHONY WASHINGTON,                  CASE NO.

11              Plaintiff,
                                            **PETITION FOR REMOVAL**
12  vs.

13  PEDRO VALLADARES HIDALGO and
    PBRB LOGISTICS, LLC; DOES I-X, and
14  ROE CORPORATIONS XI-XX, inclusive,

15              Defendants.

16

17          Defendants PEDRO VALLADARES HIDALGO and PBRB LOGISTICS, LLC, by and

18  through their attorneys of record, Bruce W. Kelley, of the law firm, WINNER & BOOZE,

19  submit this Petition for Removal in accordance with 28 U.S.C. §§ 1332, 1441 and 1446.

20  Removal is warranted under 28 U.S.C. § 1332(a)(1) because this is a civil action between

21  citizens of different states and the amount in controversy exceeds the sum or value of

22  $75,000.00, exclusive of interest and costs. In support of this Petition for Removal, Defendants

23  state as follows:

24      1.  Plaintiff commenced the above-captioned matter by filing a Complaint in the Eighth

25          Judicial District Court for the State of Nevada, in and for Clark County, on June 28,

26          2022. The case is identified as Case Number A-22-854692-C (Department XXIX). In

27          accordance with 28 U.S.C. § 1446(a), a copy of the Complaint is attached as **Exhibit A**.

28      2.  Plaintiff served the Complaint on Defendant PEDRO VALLADARES HIDALGO

(herein "HIDALGO") on July 15, 2022, at 7:11 p.m. A copy of the Affidavit of Service is attached as ***Exhibit B.***

3. Plaintiff served the Complaint on Defendant PBRB LOGISTICS, LLC (herein "PBRB") on July 15, 2022, at 7:09 p.m. A copy of the Affidavit of Service is attached as ***Exhibit C***.

4. There are no matters pending in the State Court Action that require resolution by this court.

5. Because this is a civil action between citizens of different states involving an amount in controversy in excess of $75,000, exclusive of interest and costs, removal of this matter is proper pursuant to 28 U.S.C. § 1332.

6. This action is one over which the United States District Courts have original jurisdiction by reason of the diversity of citizenship of the parties.

7. Pursuant to 28 U.S.C. § 1446(d), Defendants HIDALGO and PBRB have contemporaneously filed a copy of this Petition for Removal with the clerk of the Eighth Judicial District Court in Clark County, Nevada and has provided a written notice to the plaintiff by serving a copy of the instant Petition for Removal on counsel for the Plaintiff.

<u>DIVERSITY OF CITIZENSHIP</u>

8. Plaintiff, as alleged in Paragraph 1 of the Complaint, is a resident of Clark County, Nevada. ***Exhibit A*** at 1:19-20.

9. Defendant HIDALGO, as alleged in Paragraph 2 of the Complaint, is a resident of Maricopa County, State of Arizona. *Id.* at 1:21-22.

10. Defendant PBRB is an Arizona domestic limited liability corporation licensed to conduct business in Nevada. ***Exhibit A*** at 1:23-26, ***Exhibit D***.

11. The DOE and ROE Defendants in this action have not been identified and are merely nominal parties without relevance to the causes of action. ***Exhibit A*** at 2:3-21.

12. Complete diversity of citizenship existed between Plaintiff and Defendants at the time Plaintiff filed and served the State Court Action, and complete diversity of citizenship exists at the time of removal.

///

<u>AMOUNT IN CONTROVERSY</u>

13. As required by 28 U.S.C. § 1332, the amount in controversy in this matter exceeds $75,000, exclusive of interest and costs.

14. According to the Complaint, Plaintiff was allegedly injured in an accident on the public streets of Clark County, Nevada, while he was operating a motorcycle and allegedly, HIDALGO negligently operated the 2017 PTRB Semi Truck owned by his employer, PBRB. As a result, Plaintiff allegedly suffered "severe personal injuries." ***Exhibit A*** at 2:22-3:8, 3:18.

15. Because of the above-referenced accident, Plaintiff allegedly "incurred expenses for medical care and treatment and will continue to incur expenses for medical care and treatment into the future." *Id.* at 3:19-21.

16. Plaintiff also alleges that because of the accident, he allegedly "has incurred and may incur in the future the loss of income and diminished earning capacity." *Id.* at 3:22-24.

17. Plaintiff's Complaint further avers that because of this accident, he purportedly "incurred and will continue to incur pain and suffering and emotional distress, in an amount in excess of FIFTEEN THOUSAND DOLLARS ($15,000.00)." *Id.* at 4:1-2.

18. The Complaint also maintains that because of the accident, Plaintiff was "required to obtain [sic] services of an attorney to prosecute this action and are [sic] therefore entitled to reasonable attorney's fees and costs." *Id.* at 4:3-4.

19. Plaintiff's Complaint alleges that he is entitled to "[g]eneral and compensatory damages in an amount in excess of $15,000.00," and [d]amages of past, present and future medical care and treatment and costs incidental thereto, according to proof, in an amount in excess of $15,000.00." However, the Complaint does not plead a specific amount of damages. *Id.* at 4:9-11.

20. The Complaint also avers that Plaintiff is entitled to loss of earnings, diminished future earning capacity, property damage in an amount to be determined, and "reasonable attorney's fees." *Id.* at 4:12-16.

21. There was nothing on the face of Plaintiff's Complaint that revealed to Defendants "facts

1    necessary for federal court jurisdiction." See <u>Harris v. Bankers Life & Cas. Co.</u>, 425 F.3d

2    689, 690–91 (9th Cir. 2005) (internal quotations and citations omitted).

22. Moreover, at the time Plaintiff served Defendants with the Complaint, Defendants had not received a "demand packet" or any correspondence from Plaintiff describing his alleged accident-related injuries and damages, or the medical care and treatment that he purportedly undertook related to the subject accident. ***Exhibit E*** at DEF000005-7.

23. On August 19, 2022, Plaintiff acknowledged that no "demand packet" or other correspondence had been sent to Defendants, but one would be forthcoming. *Id.*

24. On August 22, 2022, Plaintiff advised that he underwent left upper extremity nerve conduction tests that were ordered by Dr. Mark Kabins, and that he continues to treat for his accident-related injuries with Dr. Kabins. *Id.* at DEF000003. Later that same day, Plaintiff advised that his past medical special damages were $49,431.00, but with the neurodiagnostic testing referenced above, Plaintiff advised "the billing is probably over $60K." *Id.* at DEF000001. Plaintiff further advised that he is "suffering from left hand pins and needles sensations and left lower extremity pain and numbness." *Id.* He also maintained that the property damage claim to his motorcycle remains outstanding and is part of his claim. *Id.*

25. On August 25, 2022, Plaintiff provided medical records to Defendant evidencing the past treatment referenced in his prior correspondence. ***Exhibit F.***

26. A defendant must remove a case to federal court within 30 days of being served with the initial complaint or, if the complaint does not provide a basis for jurisdiction, within 30 days of any "amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable." 28 U.S.C. § 1441(a). § 1446(b).

27. The Ninth Circuit Court of Appeals has further determined that defendants are not charged "with notice of removability until they've received a paper that gives them enough information to remove." <u>Durham v. Lockheed Martin Corp.</u>, 445 F.3d 1247, 1251 (9th Cir. 2006); <u>Taylor v. United Rd. Servs., Inc.</u>, 313 F. Supp. 3d 1161, 1169 (E.D. Cal.

2018).

28. As to what constitutes "other paper," the Ninth Circuit Court of Appeals held that a letter from the plaintiffs, sent to the defendant to facilitate settlement and which estimated damages to exceed $5 million "put [the defendant] on notice as to the amount in controversy." Babasa v. LensCrafters, Inc., 498 F.3d 972, 975 (9th Cir.2007). The letter qualified as "other paper," and necessitated removal within thirty days. See *Id.*

29. Here, Defendants were served on July 15, 2022. At that time, they were unaware of Plaintiff's accident-related injuries and damages. Plaintiff's Complaint provides no specific information about Plaintiff's injuries or damages, and it does not allege any specific information about the amount in controversy.

30. On August 22, 2022, Defendants received correspondence from Plaintiff wherein he provided a description of his injuries and damages. This was the first time Defendants became aware of Plaintiff's injuries and damages. This Petition for Removal is being timely filed within thirty (30) days of the August 22, 2022 correspondence. See *Id.*

31. Where a plaintiff has alleged no specific amount of damages, a removing defendant must prove by a preponderance of the evidence that the amount in controversy exceeds the jurisdictional minimum. Lowdermilk v. United States Nat'l Assoc., 479 F.3d 994, 998 (9th Cir. 2007); Abrego v. Dow Chemical Co., 443 F.3d 676, 683 (9th Cir. 2007).

32. To satisfy the preponderance of the evidence test, a defendant must provide evidence that "it is more likely than not" that the amount in controversy is greater than $75,000. Sanchez v. Monumental Life Ins. Co., 102 F.3d 398, 404 (9th Cir. 1996). The court may look beyond the complaint to determine whether the amount in controversy is met. *See* Abrego, 443 F. 3d at 690.

33. According to Plaintiff's August 22, 2022 correspondence, his past medical special damages exceed $60,000. ***Exhibit E*** at DEF000001. He further stated that he is continuing to treat with Dr. Mark Kabins due to pins and needles in his left hand and for left lower extremity pain and numbness. *Id.* Plaintiff's Complaint alleges he is entitled to recover his damages related to this past medical care and treatment as well as for any

1    medical care and treatment he may undertake in the future *Exhibit A* at 4:10-11.

2    34. As alleged in the Complaint, Plaintiff allegedly "incurred and will continue to incur pain

3    and suffering and emotional distress" due to the accident, and he is making a claim for

4    "[g]eneral and compensatory damages." *Id.* at 4:1-2, 4:9.

5    35. Additionally, Plaintiff's August 22nd correspondence asserted that his property damage

6    claim for the damage to his motorcycle remains outstanding, as detailed in his Complaint.

7    *Exhibit E* at p. 1, *Exhibit A* at 4:14.

8    36. Plaintiff alleges he is entitled to general, compensatory, and special damages consistent

9    with Rule 8(a) of the Nevada Rules of Civil Procedure. *Exhibit A*.

10   37. Plaintiff also maintains that he is entitled to attorney's fees.[1] *Id.* Kroske v. U.S. Bank

11   Corp., 432 F.3d 976, 980 (9th Cir. 2006).

12   38. A review of Plaintiff's Complaint along with Plaintiff's correspondence dated August 22,

13   2022, demonstrates that Plaintiff "more likely than not" seeks more than $75,000,

14   exclusive of interest and costs.

15   39. Taking the foregoing into consideration, it is more likely than not that Plaintiff seeks

16   damages in excess of $75,000.

17   40. Based on the foregoing, Defendants have met their burden of showing that the amount in

18   controversy more likely than not exceeds the jurisdictional requirement of $75,000.

19   41. This Petition for Removal is timely as it is being filed within thirty (30) days of receipt of

20   Plaintiff's August 22, 2022 correspondence, which was the first time that Defendants

21   became aware of Plaintiff's injuries and damages and the care and treatment that Plaintiff

22   avers is related to the subject accident. See Babasa v. LensCrafters, Inc., 498 F.3d 972,

23   975 (9th Cir. 2007).

CONCLUSION

25   42. This Court has original jurisdiction over the subject matter of this action pursuant to 28

26   U.S.C. § 1332, because there is complete diversity of citizenship between Plaintiff and

27   Defendants, and because Plaintiff is seeking damages in excess of the $75,000.

WINNER & BOOZE
A NEVADA LAW FIRM

1       Defendants may therefore remove this action to federal court pursuant to 28 U.S.C. §

2       1441.

3   43. Notice of the filing of this Petition for Removal is being filed and served in the State

4       Court Action on this day.

5

6   Dated: September 15, 2022                    WINNER & BOOZE

7

8                                                _____
                                                 Bruce W. Kelley
9                                                Nevada Bar No. 7331
                                                 Steven D. Broka
10                                               Nevada Bar No. 15510
                                                 1117 South Rancho Drive
11                                               Las Vegas, Nevada 89102
                                                 Attorneys for Defendants PEDRO
12                                               VALLADARES HIDALGO and PBRB
                                                 LOGISTICS, LLC
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   ——————————————— (Cont.)
     [1] F.R.C.P. 54 permits the recovery of attorney's fees by the prevailing party.

1

### CERTIFICATE OF SERVICE

I certify that on this 15th day of September, 2022, the foregoing **PETITION FOR REMOVAL** was served on the following by [X] Electronic Service pursuant to NEFR 9 [ ] Electronic Filing and Service pursuant to NEFR 9 [ ] hand delivery [ ] overnight delivery [ ] fax [ ] fax and mail [X] mailing by depositing with the U.S. mail in Las Vegas, Nevada, enclosed in a sealed envelope with first class postage prepaid, addressed as follows:

**PLAINTIFF'S COUNSEL**

Bill McGaha, Esq.
SCHUETZE, MCGAHA, TURNER & FERRIS
601 South Rancho Drive, Suite C-20
Las Vegas, NV 89106
(702) 369-3225
(702) 369-2110-fax
bmcgaha@smlvlaw.net

/s/ Brittney Blankenbeckler
An employee of WINNER & BOOZE

*Exhibits*

| Exhibit | Document or Description |
|---|---|
| **Exhibit A** | Plaintiff's Complaint |
| **Exhibit B** | Proof of Service and Summons for Pedro Valladares Hidalgo |
| **Exhibit C** | Proof of Service and Summons for PBRB Logistics, LLC |
| **Exhibit D** | Entity Information from the Arizona Corporation Commission for PBRB Logistics, LLC |
| **Exhibit E** | Email Correspondence between Bruce W. Kelley, Esq., and William McGaha, Esq. |
| **Exhibit F** | Email Correspondence between Bruce W. Kelley, Esq., and William McGaha, Esq. |
| **Exhibit G** | Civil Cover Sheet |

# EXHIBIT A

Electronically Filed
6/28/2022 12:02 PM
Steven D. Grierson
CLERK OF THE COURT

1

**WILLIAM W. McGAHA, ESQ.**
Nevada Bar #3234

2

**SCHUETZE, McGAHA, TURNER & FERRIS PLLC.**
601 S. Rancho Drive, Suite C-20

3

Las Vegas, Nevada 89106
(702) 369-3225 Telephone

CASE NO: A-22-854692-C

4

(702) 369-2110 Facsimile
wwm@smlvlaw.net

Department 29

5

6

Attorneys for Plaintiff

7

DISTRICT COURT

8

CLARK COUNTY, NEVADA

9

| D. ANTHONY WASHINGTON, | |
|---|---|
| Plaintiff, | **CASE NO**: |
| vs. | **DEPT NO**: |
| PEDRO VALLADARES HIDALGO and PBRB LOGISTICS, LLC; DOES I – X, and ROE CORPORATIONS XI – XX, inclusive, | **COMPLAINT** |
| Defendants. | |

10

11

12

13

14

15

16

  **COMES NOW** Plaintiff, D. ANTHONY WASHINGTON, by and through his attorney,

17

**WILLIAM W. McGAHA, ESQ.** of the law firm **SCHUETZE, McGAHA, TURNER &**

18

**FERRIS, PLLC**, complains of Defendants, and each of them, and allege as follows:

19

  1. At all times mentioned herein, Plaintiff D. ANTHONY WASHINGTON, was a

20

resident of the County of Clark, State of Nevada.

21

  2. At all times mentioned herein, Defendant, PEDRO VALLADARES HIDALGO,

22

(Hereinafter referred to as HIDALGO) was and is a resident of Maricopa County, State of Arizona.

23

  3. At all times mentioned herein, Defendant, PBRB LOGISTICS, LLC, was and is a

24

foreign Limited Liability Corporation and is duly licensed to do business and is engaged in the

25

business of transporting goods for sale in the County of Clark, State of Nevada.

26

  4. This Court has jurisdiction in this matter, and venue is proper, in that the Complaint

27

/ / /

28

arises from Plaintiff's claims alleged in his Complaint that concern alleged incidents and injuries occurring in Clark County, Nevada.

5.      That the true names and capacities, whether individual, corporate, associate, co-partnership, associate or otherwise of Defendant DOES I-X, are unknown to Plaintiff, who therefore sues said Defendants by such fictitious names. Plaintiff is informed, believes and thereon alleges that each Defendant designated DOE is responsible in some manner for the offense and happenings referred to in this action and proximately caused the damages to Plaintiff as herein alleged. The legal responsibility of said DOES I-X, arises out of, but is not limited to, their status as owners and/or family members, as is their maintenance and/or entrustment of the vehicle which Defendant was operating at the time of the accident referred to in this Complaint, and/or their agency, master/servant or joint venturer relationship with said Defendants. DOES I and II are the legal owners of the vehicle and negligently entrusted the vehicle to Defendant. DOES III and IV are the spouse and other resident relatives of Defendant, who are liable under the "family purpose doctrine" in NRS 41.440. DOE V is the employer of Defendant, and is liable for the actions of Defendant, herein committed while in the course and scope of employment. DOE VI is the actual, legal, proper name of the Defendant otherwise identified as PBRB LOGISTICS, LLC herein. DOE VII is the actual legal proper name of the Defendant who owned the vehicle being driven by Defendant, PBRB LOGISTICS, LLC. Plaintiff will request leave of Court to amend this Complaint to insert the true names and capacities of said Defendants when the same have been ascertained, to join such Defendants in this action and to assert the appropriate allegations.

6.      That on or about September 23, 2021, Plaintiff D. ANTHONY WASHINGTON was the operator of a 2006 Yamaha YZFR1 C Motorcycle, traveling eastbound on Dodd Street, at or near its intersection with Hamilton Avenue in Las Vegas, Clark County, Nevada.

7.      At the same date and time listed above, Defendant PEDRO VALLADARES HIDALGO was the operator of a 2017 PTRB Semi Truck owned by PBRB LOGISTICS, LLC,

/ / /

traveling northbound on Hamilton Avenue from a stop sign at its intersection with Dodd Street in Las Vegas, Clark County Nevada.

8.    Defendant HIDALGO, while operating the above-described vehicle, violated the motor vehicle laws of Nevada by failing to yield the right-of-way and failure to use due care and thereby causing the resulting collision.  These violations of motor vehicle safety laws caused injuries and damages to the Plaintiff.  As such, Defendants, and each of them, are negligent per se.

9.    Defendant PBRB LOGISTICS, LLC. was the employer of Defendant HIDALGO. That Defendant was working for and on behalf of Defendant PBRB LOGISTICS, LLC. at the time of the accident described herein.  That based upon the employer/employee relationship, respondent superior, Defendant PBRB LOGISTICS, LLC is liable to the Plaintiff.  That to the extend Defendant PBRB LOGISTICS, LLC., INC. or Defendant HIDALGO consider the business relationship to be anything other than employer/employee, then Plaintiff alleges that Defendants are jointly and severally liable as joint venturers and under an agency relationship.  Therefore, Defendant PBRB LOGISTICS, LLC. is liable for the acts of Defendant HIDALGO and the damages negligently caused by the acts of Defendant HIDALGO.

10.    As a direct result of the above-mentioned negligence of the Defendants, and each of them, Plaintiff suffered severe personal injuries.

11.    As a further direct and proximate result of Defendants' negligence, Plaintiff incurred expenses for medical care and treatment and will continue to incur expenses for medical care and treatment into the future.

12.    That as a further direct and proximate result of the negligence, carelessness and recklessness of Defendants, and each of them, Plaintiff has incurred and may incur in the future, loss of income and diminished earning capacity.

13.    That as a further direct and proximate result of the negligence, carelessness, and recklessness of Defendants, and each of them, Plaintiff has incurred Property Damage.

14.    As a further direct and proximate result of Defendant's negligence, Plaintiff

incurred and will continue to incur pain and suffering and emotional distress, in an amount in excess of FIFTEEN THOUSAND DOLLARS ($15,000.00).

15.    Plaintiff has been required to obtain services of an attorney to prosecute this action, and are therefore entitled to reasonable attorney's fees and costs.

**WHEREFORE**, Plaintiff expressly reserves the right to amend this Complaint at the time of the trial of the action herein to include all items of damage not yet ascertained, and demand judgment against Defendants, and each of them as follows:

1.    General and compensatory damages in an amount in excess of $15,000.00;

2.    Damages of past, present and future medical care and treatment and costs incidental thereto, according to proof, in an amount in excess of $15,000.00;

3.    Loss of earnings and diminished future earning capacity when the same has been fully ascertained.

4.    Property damage in an amount to be determined.

5.    Reasonable attorney's fees, costs of suit incurred herein, and interest; and

6.    For such other and further relief as this Court deems proper.

**DATED** this __22nd__ day of June 2022.

SCHUETZE, McGAHA, TURNER
& FERRIS, PLLC


By: _/s/William W. McGaha_
**WILLIAM W. McGAHA, ESQ.**
Nevada Bar #3234
601 S. Rancho Drive, Suite C-20
Las Vegas, Nevada 89106
Attorneys for Plaintiff

# EXHIBIT B

Electronically Issued
6/28/2022 12:02 PM

Electronically Filed
7/19/2022 2:35 PM
Steven D. Grierson
CLERK OF THE COURT

1  **WILLIAM W. McGAHA, ESQ.**
   Nevada Bar #3234
2  **SCHUETZE, McGAHA, TURNER & FERRIS PLLC.**
   601 S. Rancho Drive, Suite C-20
3  Las Vegas, Nevada 89106
   (702) 369-3225 Telephone
4  (702) 369-2110 Facsimile
   wwm@smlvlaw.net
5
6  Attorneys for Plaintiff

7                          DISTRICT COURT

8                     CLARK COUNTY, NEVADA

9  D. ANTHONY WASHINGTON,

10              Plaintiff,
                                          | **CASE NO:** CASE NO: A-22-854692-C
11 vs.                                    | **DEPT NO:**              Department 29

12 PEDRO VALLADARES HIDALGO and
   PBRB LOGISTICS, LLC; DOES I – X, and   | **SUMMONS**
13 ROE CORPORATIONS XI – XX, inclusive,

14
15              Defendants.

16 **NOTICE!  YOU HAVE BEEN SUED.  THE COURT MAY DECIDE AGAINST
   YOU WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 21 DAYS.**
17                **READ THE INFORMATION BELOW.**

18
   **TO THE DEFENDANT:**  A civil Complaint has been filed by the plaintiff against you for the
19
   relief set forth in the Complaint.
20                          **PBRB LOGISTICS, LLC**
                          **c/o Pedro Valladares Hidalgo**
21                            7102 W. Carol Avenue
                              Peoria, AZ 85345
22
23      1.      If you intend to defend this lawsuit, within 21 days after this Summons is served

24 on you exclusive of the day of service, you must do the following:

25              a.      File with the Clerk of this Court, whose address is shown below, a formal

26 written response to the Complaint in accordance with the rules of the Court.

27              b.      Serve a copy of your response upon the attorney whose name and address

28 is shown below.

2.      Unless you respond, your default will be entered upon application of the plaintiff and this Court may enter a judgment against you for the relief demanded in the Complaint, which could result in the taking of money or property or other relief requested in the Complaint.

3.      If you intend to seek the advice of an attorney in this matter, you should do so promptly so that your response may be filed on time.

4.      The State of Nevada, its political subdivisions, agencies, officers, employees, board members, commission members and legislators, each have 45 days after service of this Summons within which to file an answer or other responsive pleading to the Complaint.

| Issued at the direction of: | CLERK OF COURT |
|---|---|
| *William M<sup>c</sup>Ga* | *Patricia Azucena* |
| WILLIAM W. McGAHA, ESQ. | DEPUTY CLERK          Date |
| Nevada Bar #3234 | County Courthouse |
| SCHUETZE McGAHA TURNER & FERRIS | 200 Lewis Avenue      29th day of June, 2022 |
| 601 S. Rancho Drive, Suite C-20 | Las Vegas, Nevada 89155 |
| Las Vegas, Nevada 89106 | Patricia Azucena-Preza |
| Attorneys for Plaintiff | |
| (702) 369-3225 | |

**NOTE:**    When service is by publication, add a brief statement of the object of the action. See Rules of Civil Procedure, Rule 4(b).


Process Servers

## DISTRICT COURT
## CLARK COUNTY, NEVADA

D ANTHONY WASHINGTON
Plaintiff,

vs.

PEDRO VALLADARES HIDALGO, et al.
Defendant,

Case No.: A-22-854692-C

PROOF OF SERVICE

Came to hand on 7/12/2022 at 12:05 PM a true copy of the below referenced documents.

The undersigned is over the age of 18 years and not a party to the action. The undersigned is qualified and appointed under ARCP §4(d) & §4(e) to serve legal process within the State of Arizona.

**SERVED On 7/15/2022 at 7:11 PM, the undersigned served copies of:**
**SUMMONS; COMPLAINT**

Upon:  PEDRO VALLADARES HIDALGO
At: 7102 W CAROL AVE, PEORIA, AZ 85345

In the following manner:

PERSONAL SERVICE ON AN INDIVIDUAL  per ARCP Rule 4.1(d)
Description:
Gender: Male     Race/Skin: Hispanic      Age: 45 - 50 Yrs Weight: Over 200 Lbs.     Height: 5'7" - 5'9'          Hair: Bald
Glasses:No      Other:

I declare under penalty of perjury under the laws of the State of Arizona that the foregoing information contained in the Proof of Service is true and correct. [ARCP Rule 80(c)]

SAMANTHA POTTER
NOTARY PUBLIC - ARIZONA
Maricopa County
Commission # 569125
My Comm. Exp. October 3, 2024

State of Arizona County of Maricopa           Subscribed
and sworn or affirmed before me on
(Date): 7/18/22
Notary Public Signature: Samantha Potter

Client File #:

SIGNED,
LORI YOUNG,

Job Number:  35321      Private Process Server ID # 8314 ,
MARICOPA County

# EXHIBIT C

Electronically Issued
6/28/2022 12:02 PM

Electronically Filed
7/19/2022 2:35 PM
Steven D. Grierson
CLERK OF THE COURT

1   **WILLIAM W. McGAHA, ESQ.**
    Nevada Bar #3234
2   **SCHUETZE, McGAHA, TURNER & FERRIS PLLC.**
    601 S. Rancho Drive, Suite C-20
3   Las Vegas, Nevada 89106
    (702) 369-3225 Telephone
4   (702) 369-2110 Facsimile
    wwm@smlvlaw.net
5
6   Attorneys for Plaintiff

7                         DISTRICT COURT

8                   CLARK COUNTY, NEVADA

9   D. ANTHONY WASHINGTON,

10             Plaintiff,                   **CASE NO:**  CASE NO: A-22-854692-C
                                            **DEPT NO:**  Department 29
11  vs.

12  PEDRO VALLADARES HIDALGO and            **SUMMONS**
    PBRB LOGISTICS, LLC; DOES I – X, and
13  ROE CORPORATIONS XI – XX, inclusive,

14
               Defendants.
15

16  **NOTICE!  YOU HAVE BEEN SUED.  THE COURT MAY DECIDE AGAINST
    YOU WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 21 DAYS.**
17  **READ THE INFORMATION BELOW.**

18
    **TO THE DEFENDANT:**  A civil Complaint has been filed by the plaintiff against you for the
19
    relief set forth in the Complaint.
20                         **PBRB LOGISTICS, LLC**
                           **c/o Pedro Valadares Hidalgo**
21                         7102 W. Carol Avenue
                           Peoria, AZ 85345
22
23      1.      If you intend to defend this lawsuit, within 21 days after this Summons is served

24  on you exclusive of the day of service, you must do the following:

25              a.      File with the Clerk of this Court, whose address is shown below, a formal

26  written response to the Complaint in accordance with the rules of the Court.

27              b.      Serve a copy of your response upon the attorney whose name and address

28  is shown below.

2.      Unless you respond, your default will be entered upon application of the plaintiff and this Court may enter a judgment against you for the relief demanded in the Complaint, which could result in the taking of money or property or other relief requested in the Complaint.

3.      If you intend to seek the advice of an attorney in this matter, you should do so promptly so that your response may be filed on time.

4.      The State of Nevada, its political subdivisions, agencies, officers, employees, board members, commission members and legislators, each have 45 days after service of this Summons within which to file an answer or other responsive pleading to the Complaint.

| Issued at the direction of: | CLERK OF COURT |
|---|---|
| *William McGaha* (signature) | *Patricia Azucena* (signature) |
| WILLIAM W. McGAHA, ESQ.<br>Nevada Bar #3234<br>SCHUETZE McGAHA TURNER & FERRIS<br>601 S. Rancho Drive, Suite C-20<br>Las Vegas, Nevada 89106<br>Attorneys for Plaintiff<br>(702) 369-3225 | DEPUTY CLERK                      Date<br>County Courthouse<br>200 Lewis Avenue       29th day of June, 2022<br>Las Vegas, Nevada 89155<br>Patricia Azucena-Preza |

**NOTE:**      When service is by publication, add a brief statement of the object of the action. See Rules of Civil Procedure, Rule 4(b).



**Process Servers**

## DISTRICT COURT
## CLARK COUNTY, NEVADA

D ANTHONY WASHINGTON
Plaintiff,

vs.

PEDRO VALLADARES HIDALGO, et al.
Defendant,

Case No.: A-22-854692-C

**PROOF OF SERVICE**

Came to hand on 7/12/2022 at 11:54 AM a true copy of the below referenced documents.

The undersigned is over the age of 18 years and not a party to the action. The undersigned is qualified and appointed under ARCP §4(d) & §4(e) to serve legal process within the State of Arizona.

SERVED On 7/15/2022 at 7:09 PM, the undersigned served copies of:
SUMMONS; COMPLAINT

Upon: PBRB LOGISTICS, LLC
At: 7102 W CAROL AVE, PEORIA, AZ 85345

In the following manner:

CORPORATE, BUSINESS OR GOVERNMENT SERVICE by leaving a copy of the legal process with:
PEDRO VALLADARES HIDALGO Title:STATUTORY AGENT, a person authorized by appointment or by law to accept service and informing that person of the contents thereof.
Description:
Gender: Male    Race/Skin: Hispanic    Age: 45 - 50 Yrs    Weight: Over 200 Lbs.    Height: 5'7" - 5'9'    Hair: Bald
Glasses:No    Other:

I declare under penalty of perjury under the laws of the State of Arizona that the foregoing information contained in the Proof of Service is true and correct. |ARCP Rule 80(e)]

SAMANTHA POTTER
NOTARY PUBLIC - ARIZONA
Maricopa County
Commission # 559125
My Comm. Exp. October 3, 2024

State of Arizona County of Maricopa_____ Subscribed
and sworn or affirmed before me on
(Date): 7/18/22
Notary Public Signature: _Samantha Potter_
_Samantha Potter_
Client File #:



SIGNED,
LORI YOUNG,

Job Number: 35320    Private Process Server ID # 8314 ,
MARICOPA County

# EXHIBIT D

**ACC**

Search for an Entity Name    🔍    eCorp    Search    File    FAQ

## ENTITY INFORMATION

Search Date and Time: 8/23/2022 8:36:32 AM

### Entity Details

| | | | |
|---|---|---|---|
| Entity Name: | PBRB LOGISTICS LLC | Entity ID: | L22868762 |
| Entity Type: | Domestic LLC | Entity Status: | **Active** |
| Formation Date: | 5/11/2018 | Reason for Status: | In Good Standing |
| Approval Date: | 6/18/2018 | Status Date: | 5/11/2018 |
| Original Incorporation Date: | 5/11/2018 | Life Period: | Perpetual |
| Business Type: | | Last Annual Report Filed: | |
| Domicile State: | Arizona | Annual Report Due Date: | |
| | | Years Due: | |
| Original Publish Date: | | | |

### Statutory Agent Information

| | | | |
|---|---|---|---|
| Name: | PEDRO O VALLADARES HIDALGO | Appointed Status: | Active 5/11/2018 |
| Attention: | | | |
| Address: | 7102 W Carol Ave, PEORIA, AZ 85345, USA | | |
| Agent Last Updated: | 12/9/2020 | E-mail: | |
| Attention: | | Mailing Address: | 7102 W Carol Ave, PEORIA, AZ 85345, USA |
| County: | Maricopa | | |

### Principal Information

| Title | Name | Attention | Address | Date of Taking Office | Last Updated |
|---|---|---|---|---|---|
| Member | PEDRO O VALLADARES HIDALGO | | 11039 N 87TH AVE APT #1016, PEORIA, AZ, 85345, Maricopa County, USA | | 6/18/2018 |

Page 1 of 1, records 1 to 1 of 1

### Address ⑦

| | | | |
|---|---|---|---|
| Attention: | Address: 7102 W Carol Ave, PEORIA, AZ, 85345, USA | County: Maricopa | Last Updated: 12/9/2020 |

### Entity Principal Office Address

| | | | |
|---|---|---|---|
| Attention: | Address: | County: | Last Updated: |

Back    Return to Search    Return to Results    Document History    Name/Restructuring History    Pending Documents    Microfilm History

8/23/22, 8:08 PM                                                      Arizona Corporation Commission

## ENTITY INFORMATION

Search Date and Time: 8/23/2022 8:08:51 PM

**Entity Details**

**Entity Name:**

PBRB LOGISTICS LLC

**Entity ID:**

L22868762

**Entity Type:**

Domestic LLC

**Entity Status:**

**Active**

**Formation Date:**

5/11/2018

**Reason for Status:**

In Good Standing

**Approval Date:**

6/18/2018

**Status Date:**

5/11/2018

**Original Incorporation Date:**

5/11/2018

**Life Period:**

Perpetual

**Business Type:**

**Last Annual Report Filed:**

**Domicile State:**

Arizona

**Annual Report Due Date:**

**Years Due:**

**Original Publish Date:**

Privacy Policy (http://azcc.gov/privacy-policy) I Contact Us (http://azcc.gov/corporations/corporation-contacts)

8/23/22, 8:08 PM                                    Arizona Corporation Commission

**Statutory Agent Information**

|  |  |
|---|---|
|  | **Name:** |
| PEDRO O VALLADARES HIDALGO |  |
|  | **Appointed Status:** |
| Active 5/11/2018 |  |
|  | **Attention:** |
|  | **Address:** |
| 7102 W Carol Ave, PEORIA, AZ 85345, USA |  |
|  | **Agent Last Updated:** |
| 12/9/2020 |  |
|  | **E-mail:** |
|  | **Attention:** |
|  | **Mailing Address:** |
| 7102 W Carol Ave, PEORIA, AZ 85345, USA |  |
|  | **County:** |
| Maricopa |  |

**Principal Information**

| Title | Name | Attention | Address | Date of Taking Office | Last Updated |
|---|---|---|---|---|---|
| Member | PEDRO O VALLADARES HIDALGO |  | 11039 N 87TH AVE APT #1016, PEORIA, AZ, 85345, Maricopa County, USA |  | 6/18/2018 |

Page 1 of 1, records 1 to 1 of 1

**Address** 🌐

**Attention:**

**Address:** 7102 W Carol Ave, PEORIA, AZ, 85345, USA

**County:** Maricopa

**Last Updated:** 12/9/2020

Privacy Policy (http://azcc.gov/privacy-policy) I Contact Us (http://azcc.gov/corporations/corporation-contacts)

# EXHIBIT E

**From:** Bruce W. Kelley
**To:** Steven Broka
**Subject:** FW: Washington v. New Alliance
**Date:** Monday, August 22, 2022 4:22:44 PM
**Attachments:** image001.png



**Brittney Blankenbeckler**

Paralegal to Partner Bruce William Kelley
1117 South Rancho Drive
Las Vegas, NV 89102
PHONE (702) 243-7000 | FAX (702) 243-7059
bblankenbeckler@winnerfirm.com
www.winnerfirm.com

**CONFIDENTIALITY NOTICE:** THIS EMAIL TRANSMISSION IS ATTORNEY CLIENT, ATTORNEY WORK PRODUCT, DISSEMINATED AND/OR PROVIDED IN CONTEMPLATION OF POTENTIAL OR FUTURE LITIGATION, AND/OR CONFIDENTIAL INFORMATION THAT IS INTENDED SOLELY FOR THE USE OF THE INDIVIDUAL(S) OR ENTIT[IES] NAMED ABOVE. IF YOU ARE NOT AN INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE DELETE THIS TRANSMISSION AND IMMEDIATELY NOTIFY THE SENDER OF THIS ERROR.

**From:** Bill McGaha <bmcgaha@smlvlaw.net>
**Sent:** Monday, August 22, 2022 3:55 PM
**To:** Bruce W. Kelley <bkelley@winnerfirm.com>; Pete Mendoza <petem@newallianceins.net>; Pedro Montufar <pmontufar@littletongroup.com>
**Cc:** Brittney Blankenbeckler <bblankenbeckler@winnerfirm.com>; Myriam A. Alvarado <malvarado@winnerfirm.com>; Donna Brand <dbrand@smlvlaw.net>
**Subject:** Re: Washington v. New Alliance

Bruce:

I have $49,531 in medicals we are claiming at this time. That does not include the neurodiagnostic testing which was done last month. So, the billing is probably over $60k. My client is suffering from left hand pins and needles sensations and left lower extremity pain and numbness. If you petition to remove I won't take a position since I prefer federal court. This week I will PDF over to you copies of meds and bills so you can start to evaluate the case for your client. You can then send me authorizations. I don't see a wage or earning capacity issue here at this time so that is not on the table as far as I know. Property damage is still outstanding and is a claim also, that will add to the bottom line value.

Kindest Regards,
Bill

William W. McGaha, Esq.
**Legalride, L.L.C.**
**Schuetze, McGaha, Turner & Ferris, P.L.L.C.**
601 South Rancho Drive, Suite C-20
Las Vegas, Nevada  89106

Phone (702) 369-3225
Facsimile (702) 369-2110
Direct Dial (725) 228-3231
**Our firm has proudly served Nevadans since 1993.  Visit our website
at www.legalride.com.  AV Peer Review Rated by Martindale-Hubble.**

This communication, including any attachments, may contain confidential information and is intended only
for the recipient(s) to whom it is addressed. Any review, dissemination, or copying of this communication by
anyone other than the intended recipient is strictly prohibited.  If you are not the intended recipient, please
contact the sender via email and delete all copies of the original message.

Get Outlook for iOS
_____

**From:** Bruce W. Kelley <bkelley@winnerfirm.com>
**Sent:** Monday, August 22, 2022 3:07:55 PM
**To:** Bill McGaha <bmcgaha@smlvlaw.net>; Pete Mendoza <petem@newallianceins.net>; Pedro
Montufar <pmontufar@littletongroup.com>
**Cc:** Brittney Blankenbeckler <bblankenbeckler@winnerfirm.com>; Myriam A. Alvarado
<malvarado@winnerfirm.com>; Donna Brand <dbrand@smlvlaw.net>
**Subject:** RE: Washington v. New Alliance

Hey Bill, I will look forward to whatever damage package you can send us when you can send it.  As
you know, right now I have no medical records or bills at all for your client.

I should probably give you a heads up that I am strongly considering removing this case to Federal
Court.  Right now I cannot as I have no reason to believe the amount of controversy is met.  But you
may know more than I do.  If you believe the amount of controversy if above 75,000 can you let me
know and also let me know whether you would stipulate to removal?

Thanks

Bruce



**Bruce William Kelley**
Partner
1117 South Rancho Drive
Las Vegas, NV 89102
PHONE (702) 243-7000 | FAX (702) 243-7059
bkelley@winnerfirm.com
www.winnerfirm.com

**CONFIDENTIALITY NOTICE:** THIS EMAIL TRANSMISSION IS ATTORNEY CLIENT, ATTORNEY WORK PRODUCT, DISSEMINATED AND/OR PROVIDED IN CONTEMPLATION OF POTENTIAL OR FUTURE LITIGATION, AND/OR CONFIDENTIAL INFORMATION THAT IS INTENDED SOLELY FOR THE USE OF THE INDIVIDUAL(S) OR ENTITIES) NAMED ABOVE. IF YOU ARE NOT AN INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE DELETE THIS TRANSMISSION AND IMMEDIATELY NOTIFY THE SENDER OF THIS ERROR.

**From:** Bill McGaha <bmcgaha@smlvlaw.net>
**Sent:** Monday, August 22, 2022 2:44 PM
**To:** Bruce W. Kelley <bkelley@winnerfirm.com>; Pete Mendoza <petem@newallianceins.net>; Pedro Montufar <pmontufar@littletongroup.com>
**Cc:** Brittney Blankenbeckler <bblankenbeckler@winnerfirm.com>; Myriam A. Alvarado <malvarado@winnerfirm.com>; Donna Brand <dbrand@smlvlaw.net>
**Subject:** RE: Washington v. New Alliance

Bruce:

Hope you had a great weekend. As an update, my client last month had LUE nerve conduction tests ordered by Dr. Kabins. He has a follow up with Dr. Kabins on September 28th. I will have a better idea of the Plaintiff's physical condition after that visit. In the meantime, I look forward to the ECC process and working with you and your office.

Kindest Regards,

William W. McGaha, Esq.
**Legalride, L.L.C.**
**Schuetze, McGaha, Turner & Ferris, P.L.L.C.**
601 South Rancho Drive, Suite C-20
Las Vegas, Nevada  89106

Phone (702) 369-3225
Facsimile (702) 369-2110
Direct Dial (725) 228-3231
**Our firm has proudly served Nevadans since 1993. Visit our website at www.legalride.com. AV Peer Review Rated by Martindale-Hubble.**

This communication, including any attachments, may contain confidential information and is intended only for the recipient(s) to whom it is addressed. Any review, dissemination, or copying of this communication by anyone other than the intended recipient is strictly prohibited. If you are not the intended recipient, please contact the sender via email and delete all copies of the original message.

**From:** Bruce W. Kelley <bkelley@winnerfirm.com>
**Sent:** Friday, August 19, 2022 10:42 AM
**To:** Bill McGaha <bmcgaha@smlvlaw.net>; Pete Mendoza <petem@newallianceins.net>; Pedro Montufar <pmontufar@littletongroup.com>
**Cc:** Brittney Blankenbeckler <bblankenbeckler@winnerfirm.com>; Myriam A. Alvarado <malvarado@winnerfirm.com>; Donna Brand <dbrand@smlvlaw.net>
**Subject:** RE: Washington v. New Alliance

Works for me sir. I just knew that Pete and Pedro would ask me, so I figured it would be better coming from you.

Once you send over the demand we will make sure they both get it right away.

By the way, if you know, have you served both insureds or just one? In addition, when you get a chance can you send me proof of service so we can get our initial appearance on file?

Thanks and have a good weekend.



**Bruce William Kelley**
Partner
1117 South Rancho Drive
Las Vegas, NV 89102
PHONE (702) 243-7000 | FAX (702) 243-7059
bkelley@winnerfirm.com
www.winnerfirm.com

**CONFIDENTIALITY NOTICE:** THIS EMAIL TRANSMISSION IS ATTORNEY CLIENT, ATTORNEY WORK PRODUCT, DISSEMINATED AND/OR PROVIDED IN CONTEMPLATION OF POTENTIAL OR FUTURE LITIGATION, AND/OR CONFIDENTIAL INFORMATION THAT IS INTENDED SOLELY FOR THE USE OF THE INDIVIDUAL(S) OR ENTIT(IES) NAMED ABOVE. IF YOU ARE NOT AN INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE DELETE THIS TRANSMISSION AND IMMEDIATELY NOTIFY THE SENDER OF THIS ERROR.

**From:** Bill McGaha <bmcgaha@smlvlaw.net>
**Sent:** Friday, August 19, 2022 10:18 AM
**To:** Bruce W. Kelley <bkelley@winnerfirm.com>; Pete Mendoza <petem@newallianceins.net>; Pedro Montufar <pmontufar@littletongroup.com>
**Cc:** Brittney Blankenbeckler <bblankenbeckler@winnerfirm.com>; Myriam A. Alvarado <malvarado@winnerfirm.com>; Donna Brand <dbrand@smlvlaw.net>
**Subject:** RE: Washington v. New Alliance

Bruce:

So far as I am aware, and I am a later arrival to the case, there have been no discussions but I see no reason why we can't discuss settlement and track that along with litigation. That is why I will be putting a demand out there. I'm always here at my computer working so we can get it done one way or another. Good luck on your home. I totally understand.

Bill

William W. McGaha, Esq.
**Legalride, L.L.C.**
**Schuetze, McGaha, Turner & Ferris, P.L.L.C.**
601 South Rancho Drive, Suite C-20
Las Vegas, Nevada 89106

Phone (702) 369-3225
Facsimile (702) 369-2110
Direct Dial (725) 228-3231
**Our firm has proudly served Nevadans since 1993. Visit our website**

at **[www.legalride.com](http://www.legalride.com)**.  **AV Peer Review Rated by Martindale-Hubble.**

This communication, including any attachments, may contain confidential information and is intended only for the recipient(s) to whom it is addressed. Any review, dissemination, or copying of this communication by anyone other than the intended recipient is strictly prohibited.  If you are not the intended recipient, please contact the sender via email and delete all copies of the original message.

**From:** Bruce W. Kelley <[bkelley@winnerfirm.com](mailto:bkelley@winnerfirm.com)>
**Sent:** Friday, August 19, 2022 10:06 AM
**To:** Bill McGaha <[bmcgaha@smlvlaw.net](mailto:bmcgaha@smlvlaw.net)>; Pete Mendoza <[petem@newallianceins.net](mailto:petem@newallianceins.net)>; Pedro Montufar <[pmontufar@littletongroup.com](mailto:pmontufar@littletongroup.com)>
**Cc:** Brittney Blankenbeckler <[bblankenbeckler@winnerfirm.com](mailto:bblankenbeckler@winnerfirm.com)>; Myriam A. Alvarado <[malvarado@winnerfirm.com](mailto:malvarado@winnerfirm.com)>; Donna Brand <[dbrand@smlvlaw.net](mailto:dbrand@smlvlaw.net)>
**Subject:** RE: Washington v. New Alliance

May I assume that since you have filed and served your complaint that there will be no prelitigation settlement discussions regarding your demand?  Not a criticism Bill, just a question that I am sure my carrier will ask me.

Either way I look forward to working with you sir.

Have a great weekend.  If you can't get a hold of me in the near future, just call Brittney.  I made the mistake of buying a house and it is sucking up all of my time.

Bruce



**Bruce William Kelley**
Partner
1117 South Rancho Drive
Las Vegas, NV 89102
PHONE (702) 243-7000 | FAX (702) 243-7059
[bkelley@winnerfirm.com](mailto:bkelley@winnerfirm.com)
[www.winnerfirm.com](http://www.winnerfirm.com)

**CONFIDENTIALITY NOTICE:** THIS EMAIL TRANSMISSION IS ATTORNEY CLIENT, ATTORNEY WORK PRODUCT, DISSEMINATED AND/OR PROVIDED IN CONTEMPLATION OF POTENTIAL OR FUTURE LITIGATION, AND/OR CONFIDENTIAL INFORMATION THAT IS INTENDED SOLELY FOR THE USE OF THE INDIVIDUAL(S) OR ENTIT(IES) NAMED ABOVE. IF YOU ARE NOT AN INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE DELETE THIS TRANSMISSION AND IMMEDIATELY NOTIFY THE SENDER OF THIS ERROR.

**From:** Bill McGaha <[bmcgaha@smlvlaw.net](mailto:bmcgaha@smlvlaw.net)>
**Sent:** Friday, August 19, 2022 9:58 AM
**To:** Bruce W. Kelley <[bkelley@winnerfirm.com](mailto:bkelley@winnerfirm.com)>; Pete Mendoza <[petem@newallianceins.net](mailto:petem@newallianceins.net)>; Pedro Montufar <[pmontufar@littletongroup.com](mailto:pmontufar@littletongroup.com)>
**Cc:** Brittney Blankenbeckler <[bblankenbeckler@winnerfirm.com](mailto:bblankenbeckler@winnerfirm.com)>; Myriam A. Alvarado

<malvarado@winnerfirm.com>; Donna Brand <dbrand@smlvlaw.net>
**Subject:** RE: Washington v. New Alliance

Bruce:

Hope you are doing well.  In following up on your email below,  I anticipate providing a demand number next week.  I know we effectuated service on I believe July 19th.  Have a good weekend.

Kindest Regards,
Bill

William W. McGaha, Esq.
**Legalride, L.L.C.**
**Schuetze, McGaha, Turner & Ferris, P.L.L.C.**
601 South Rancho Drive, Suite C-20
Las Vegas, Nevada  89106

Phone (702) 369-3225
Facsimile (702) 369-2110
Direct Dial (725) 228-3231
**Our firm has proudly served Nevadans since 1993.  Visit our website at www.legalride.com.  AV Peer Review Rated by Martindale-Hubble.**

This communication, including any attachments, may contain confidential information and is intended only for the recipient(s) to whom it is addressed. Any review, dissemination, or copying of this communication by anyone other than the intended recipient is strictly prohibited.  If you are not the intended recipient, please contact the sender via email and delete all copies of the original message.

**From:** Bruce W. Kelley <bkelley@winnerfirm.com>
**Sent:** Wednesday, August 3, 2022 9:31 AM
**To:** Bill McGaha <bmcgaha@smlvlaw.net>; Pete Mendoza <petem@newallianceins.net>; Pedro Montufar <pmontufar@littletongroup.com>
**Cc:** Brittney Blankenbeckler <bblankenbeckler@winnerfirm.com>; Myriam A. Alvarado <malvarado@winnerfirm.com>
**Subject:** Washington v. New Alliance

Hello gentlemen,

Just following up with both sides.  I was wondering if there is anything the three of you need me to be doing in the interim.  I think when we last corresponded Pete and Pedro were still evaluating the property damage claims made by Bill's client and I think Bill was going to check out whether his client was in a position to make a demand for their personal injuries.

Not trying to rush anyone.  Just want to be sure I am not holding up the works.

Brittney, lets follow up again at the end of the month.

Have a good day all.



**Bruce William Kelley**
Partner
1117 South Rancho Drive
Las Vegas, NV 89102
PHONE (702) 243-7000 | FAX (702) 243-7059
bkelley@winnerfirm.com
www.winnerfirm.com

**CONFIDENTIALITY NOTICE:** THIS EMAIL TRANSMISSION IS ATTORNEY CLIENT, ATTORNEY WORK PRODUCT, DISSEMINATED AND/OR PROVIDED IN CONTEMPLATION OF POTENTIAL OR FUTURE LITIGATION, AND/OR CONFIDENTIAL INFORMATION THAT IS INTENDED SOLELY FOR THE USE OF THE INDIVIDUAL(S) OR ENTIT(IES) NAMED ABOVE. IF YOU ARE NOT AN INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE DELETE THIS TRANSMISSION AND IMMEDIATELY NOTIFY THE SENDER OF THIS ERROR.

# EXHIBIT F

| From: | Bill McGaha |
| To: | Bruce W. Kelley; Pete Mendoza; Pedro Montufar; Steven Broka |
| Cc: | Brittney Blankenbeckler; Myriam A. Alvarado; Donna Brand |
| Subject: | Re: Washington v. New Alliance |
| Date: | Thursday, August 25, 2022 10:18:06 AM |
| Attachments: | image001.png |
| | Advanced Orthopedics & Sports-Billing.pdf |
| | Advanced Orthopedics & Sports-Records.pdf |
| | Lampe Chiropractic-Billing.pdf |
| | Lampe Chiropractic-Records.pdf |

Bruce:

That works for me.

I am sending you a series of emails with PDF copies of bills and records.

Bill

William W. McGaha, Esq.
**Legalride, L.L.C.**
**Schuetze, McGaha, Turner & Ferris, P.L.L.C.**
601 South Rancho Drive, Suite C-20
Las Vegas, Nevada  89106

Phone (702) 369-3225
Facsimile (702) 369-2110
Direct Dial (725) 228-3231
**Our firm has proudly served Nevadans since 1993.  Visit our website
at www.legalride.com.  AV Peer Review Rated by Martindale-Hubble.**

This communication, including any attachments, may contain confidential information and is intended only for the recipient(s) to whom it is addressed. Any review, dissemination, or copying of this communication by anyone other than the intended recipient is strictly prohibited.  If you are not the intended recipient, please contact the sender via email and delete all copies of the original message.

Get Outlook for iOS

**From:** Bruce W. Kelley <bkelley@winnerfirm.com>
**Sent:** Wednesday, August 24, 2022 2:17:01 PM
**To:** Bill McGaha <bmcgaha@smlvlaw.net>; Pete Mendoza <petem@newallianceins.net>; Pedro Montufar <pmontufar@littletongroup.com>; Steven Broka <sbroka@winnerfirm.com>
**Cc:** Brittney Blankenbeckler <bblankenbeckler@winnerfirm.com>; Myriam A. Alvarado <malvarado@winnerfirm.com>; Donna Brand <dbrand@smlvlaw.net>
**Subject:** RE: Washington v. New Alliance

Hello again Bill,

I just wanted to get us all on the same page.  As both of us appear to prefer federal court and it will

| | |
|---|---|
| **From:** | Bill McGaha |
| **To:** | Bruce W. Kelley; Pete Mendoza; Pedro Montufar; Steven Broka |
| **Cc:** | Brittney Blankenbeckler; Myriam A. Alvarado; Donna Brand |
| **Subject:** | RE: Washington v. New Alliance |
| **Date:** | Thursday, August 25, 2022 10:34:13 AM |
| **Attachments:** | image001.png |
| | Las Vegas Injury Pain Center-Billing.pdf |
| | Las Vegas Injury Pain Center-Records.pdf |
| | Las Vegas Neuro Ortho & Rehab-Records.pdf |
| | LVC Surgery Center-Billing (SMS).pdf |
| | LVC Surgery Center-Records (SMS).pdf |
| | LVIPC-Billing.pdf |
| | Pueblo Medical Imaging-Billing.pdf |
| | Pueblo Medical Imaging-Records.pdf |

**From:** Bruce W. Kelley <bkelley@winnerfirm.com>
**Sent:** Wednesday, August 24, 2022 2:17 PM
**To:** Bill McGaha <bmcgaha@smlvlaw.net>; Pete Mendoza <petem@newallianceins.net>; Pedro Montufar <pmontufar@littletongroup.com>; Steven Broka <sbroka@winnerfirm.com>
**Cc:** Brittney Blankenbeckler <bblankenbeckler@winnerfirm.com>; Myriam A. Alvarado <malvarado@winnerfirm.com>; Donna Brand <dbrand@smlvlaw.net>
**Subject:** RE: Washington v. New Alliance

Hello again Bill,

I just wanted to get us all on the same page. As both of us appear to prefer federal court and it will certainly be quicker for both of our clients, I though I would share my strategy regarding removal as I have noticed lately that the Federal Court has set a high bar on the amount of controversy issue, as they should.

Please try to get us your demand package as soon as possible. I intend to use that demand package as the basis for my removal, at least as to the amount in controversy issue.

I believe you said we should have it by the end of the week. As such, if it is ok with you, I would like to request an extension for one week after you send us your demand to answer. That will allow me to decide whether we have sufficient information with which to support a removal request. By the way, we will be answering, I see no need for initial motion work.

Conversely, if you need us to answer today, then I will answer in State court by Monday, and we can simply remove it later. But based upon what you have told me about your client's damages, answering in State court seems like a wasted step.

Please let me know if you strenuously disagree.

Thanks

Bruce

| | |
|---|---|
| **From:** | Bill McGaha |
| **To:** | Bruce W. Kelley; Pete Mendoza; Pedro Montufar; Steven Broka |
| **Cc:** | Brittney Blankenbeckler; Myriam A. Alvarado; Donna Brand |
| **Subject:** | RE: Washington v. New Alliance |
| **Date:** | Thursday, August 25, 2022 10:35:54 AM |
| **Attachments:** | image001.png |
| | Zen Anethesia Billing.pdf |
| | Zen Anethesia Records.pdf |

**From:** Bruce W. Kelley <bkelley@winnerfirm.com>
**Sent:** Wednesday, August 24, 2022 2:17 PM
**To:** Bill McGaha <bmcgaha@smlvlaw.net>; Pete Mendoza <petem@newallianceins.net>; Pedro Montufar <pmontufar@littletongroup.com>; Steven Broka <sbroka@winnerfirm.com>
**Cc:** Brittney Blankenbeckler <bblankenbeckler@winnerfirm.com>; Myriam A. Alvarado <malvarado@winnerfirm.com>; Donna Brand <dbrand@smlvlaw.net>
**Subject:** RE: Washington v. New Alliance

Hello again Bill,

I just wanted to get us all on the same page.  As both of us appear to prefer federal court and it will certainly be quicker for both of our clients, I though I would share my strategy regarding removal as I have noticed lately that the Federal Court has set a high bar on the amount of controversy issue, as they should.

Please try to get us your demand package as soon as possible.  I intend to use that demand package as the basis for my removal, at least as to the amount in controversy issue.

I believe you said we should have it by the end of the week.  As such, if it is ok with you, I would like to request an extension for one week after you send us your demand to answer.  That will allow me to decide whether we have sufficient information with which to support a removal request.  By the way, we will be answering, I see no need for initial motion work.

Conversely, if you need us to answer today, then I will answer in State court by Monday, and we can simply remove it later.  But based upon what you have told me about your client's damages, answering in State court seems like a wasted step.

Please let me know if you strenuously disagree.

Thanks

Bruce

**Bruce William Kelley**
Partner
1117 South Rancho Drive



Las Vegas, NV 89102
PHONE (702) 243-7000 | FAX (702) 243-7059
bkelley@winnerfirm.com
www.winnerfirm.com

**CONFIDENTIALITY NOTICE:** THIS EMAIL TRANSMISSION IS ATTORNEY CLIENT, ATTORNEY WORK PRODUCT, DISSEMINATED AND/OR PROVIDED IN CONTEMPLATION OF POTENTIAL OR FUTURE LITIGATION, AND/OR CONFIDENTIAL INFORMATION THAT IS INTENDED SOLELY FOR THE USE OF THE INDIVIDUAL(S) OR ENTITY(IES) NAMED ABOVE. IF YOU ARE NOT AN INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE DELETE THIS TRANSMISSION AND IMMEDIATELY NOTIFY THE SENDER OF THIS ERROR

**From:** Bill McGaha <bmcgaha@smlvlaw.net>
**Sent:** Monday, August 22, 2022 3:55 PM
**To:** Bruce W. Kelley <bkelley@winnerfirm.com>; Pete Mendoza <petem@newallianceins.net>; Pedro Montufar <pmontufar@littletongroup.com>
**Cc:** Brittney Blankenbeckler <bblankenbeckler@winnerfirm.com>; Myriam A. Alvarado <malvarado@winnerfirm.com>; Donna Brand <dbrand@smlvlaw.net>
**Subject:** Re: Washington v. New Alliance

Bruce:

I have $49,531 in medicals we are claiming at this time. That does not include the neurodiagnostic testing which was done last month. So, the billing is probably over $60k. My client is suffering from left hand pins and needles sensations and left lower extremity pain and numbness. If you petition to remove I won't take a position since I prefer federal court. This week I will PDF over to you copies of meds and bills so you can start to evaluate the case for your client. You can then send me authorizations. I don't see a wage or earning capacity issue here at this time so that is not on the table as far as I know. Property damage is still outstanding and is a claim also, that will add to the bottom line value.

Kindest Regards,
Bill

William W. McGaha, Esq.
**Legalride, L.L.C.**
**Schuetze, McGaha, Turner & Ferris, P.L.L.C.**
601 South Rancho Drive, Suite C-20
Las Vegas, Nevada 89106

Phone (702) 369-3225
Facsimile (702) 369-2110
Direct Dial (725) 228-3231
**Our firm has proudly served Nevadans since 1993. Visit our website at www.legalride.com. AV Peer Review Rated by Martindale-Hubble.**

This communication, including any attachments, may contain confidential information and is intended only for the recipient(s) to whom it is addressed. Any review, dissemination, or copying of this communication by anyone other than the intended recipient is strictly prohibited. If you are not the intended recipient, please contact the sender via email and delete all copies of the original message.

Get Outlook for iOS

---

**From:** Bruce W. Kelley <bkelley@winnerfirm.com>
**Sent:** Monday, August 22, 2022 3:07:55 PM
**To:** Bill McGaha <bmcgaha@smlvlaw.net>; Pete Mendoza <petem@newallianceins.net>; Pedro Montufar <pmontufar@littletongroup.com>
**Cc:** Brittney Blankenbeckler <bblankenbeckler@winnerfirm.com>; Myriam A. Alvarado <malvarado@winnerfirm.com>; Donna Brand <dbrand@smlvlaw.net>
**Subject:** RE: Washington v. New Alliance

Hey Bill, I will look forward to whatever damage package you can send us when you can send it. As you know, right now I have no medical records or bills at all for your client.

I should probably give you a heads up that I am strongly considering removing this case to Federal Court. Right now I cannot as I have no reason to believe the amount of controversy is met. But you may know more than I do. If you believe the amount of controversy if above 75,000 can you let me know and also let me know whether you would stipulate to removal?

Thanks

Bruce



**Bruce William Kelley**
Partner
1117 South Rancho Drive
Las Vegas, NV 89102
PHONE (702) 243-7000 | FAX (702) 243-7059
bkelley@winnerfirm.com
www.winnerfirm.com

**CONFIDENTIALITY NOTICE:** THIS EMAIL TRANSMISSION IS ATTORNEY CLIENT, ATTORNEY WORK PRODUCT, DISSEMINATED AND/OR PROVIDED IN CONTEMPLATION OF POTENTIAL OR FUTURE LITIGATION, AND/OR CONFIDENTIAL INFORMATION THAT IS INTENDED SOLELY FOR THE USE OF THE INDIVIDUAL(S) OR ENTITY(IES) NAMED ABOVE. IF YOU ARE NOT AN INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE DELETE THIS TRANSMISSION AND IMMEDIATELY NOTIFY THE SENDER OF THIS ERROR

---

**From:** Bill McGaha <bmcgaha@smlvlaw.net>
**Sent:** Monday, August 22, 2022 2:44 PM
**To:** Bruce W. Kelley <bkelley@winnerfirm.com>; Pete Mendoza <petem@newallianceins.net>; Pedro Montufar <pmontufar@littletongroup.com>
**Cc:** Brittney Blankenbeckler <bblankenbeckler@winnerfirm.com>; Myriam A. Alvarado <malvarado@winnerfirm.com>; Donna Brand <dbrand@smlvlaw.net>
**Subject:** RE: Washington v. New Alliance

Bruce:

Hope you had a great weekend.  As an update, my client last month had LUE nerve conduction tests ordered by Dr. Kabins.  He has a follow up with Dr. Kabins on September 28th.  I will have a better idea of the Plaintiff's physical condition after that visit.  In the meantime, I look forward to the ECC process and working with you and your office.

Kindest Regards,

William W. McGaha, Esq.
**Legalride, L.L.C.**
**Schuetze, McGaha, Turner & Ferris, P.L.L.C.**
601 South Rancho Drive, Suite C-20
Las Vegas, Nevada  89106

Phone (702) 369-3225
Facsimile (702) 369-2110
Direct Dial (725) 228-3231
**Our firm has proudly served Nevadans since 1993.  Visit our website
at www.legalride.com.  AV Peer Review Rated by Martindale-Hubble.**

This communication, including any attachments, may contain confidential information and is intended only for the recipient(s) to whom it is addressed. Any review, dissemination, or copying of this communication by anyone other than the intended recipient is strictly prohibited.  If you are not the intended recipient, please contact the sender via email and delete all copies of the original message.

**From:** Bruce W. Kelley <bkelley@winnerfirm.com>
**Sent:** Friday, August 19, 2022 10:42 AM
**To:** Bill McGaha <bmcgaha@smlvlaw.net>; Pete Mendoza <petem@newallianceins.net>; Pedro Montufar <pmontufar@littletongroup.com>
**Cc:** Brittney Blankenbeckler <bblankenbeckler@winnerfirm.com>; Myriam A. Alvarado <malvarado@winnerfirm.com>; Donna Brand <dbrand@smlvlaw.net>
**Subject:** RE: Washington v. New Alliance

Works for me sir.  I just knew that Pete and Pedro would ask me, so I figured it would be better coming from you.

Once you send over the demand we will make sure they both get it right away.

By the way, if you know, have you served both insureds or just one?  In addition, when you get a chance can you send me proof of service so we can get our initial appearance on file?

Thanks and have a good weekend.

**WINNER & BOOZE**
A   N E V A D A   L A W   F I R M

**Bruce William Kelley**
Partner
1117 South Rancho Drive
Las Vegas, NV 89102
PHONE (702) 243-7000 | FAX (702) 243-7059
bkelley@winnerfirm.com
www.winnerfirm.com

**CONFIDENTIALITY NOTICE:** THIS EMAIL TRANSMISSION IS ATTORNEY CLIENT, ATTORNEY WORK PRODUCT, DISSEMINATED AND/OR PROVIDED IN CONTEMPLATION OF POTENTIAL OR FUTURE LITIGATION, AND/OR CONFIDENTIAL INFORMATION THAT IS INTENDED SOLELY FOR THE USE OF THE INDIVIDUAL(S) OR ENTIT(IES) NAMED ABOVE. IF YOU ARE NOT AN INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE DELETE THIS TRANSMISSION AND IMMEDIATELY NOTIFY THE SENDER OF THIS ERROR

**From:** Bill McGaha <bmcgaha@smlvlaw.net>
**Sent:** Friday, August 19, 2022 10:18 AM
**To:** Bruce W. Kelley <bkelley@winnerfirm.com>; Pete Mendoza <petem@newallianceins.net>; Pedro Montufar <pmontufar@littletongroup.com>
**Cc:** Brittney Blankenbeckler <bblankenbeckler@winnerfirm.com>; Myriam A. Alvarado <malvarado@winnerfirm.com>; Donna Brand <dbrand@smlvlaw.net>
**Subject:** RE: Washington v. New Alliance

Bruce:

So far as I am aware, and I am a later arrival to the case, there have been no discussions but I see no reason why we can't discuss settlement and track that along with litigation. That is why I will be putting a demand out there. I'm always here at my computer working so we can get it done one way or another. Good luck on your home. I totally understand.

Bill

William W. McGaha, Esq.
**Legalride, L.L.C.**
**Schuetze, McGaha, Turner & Ferris, P.L.L.C.**
601 South Rancho Drive, Suite C-20
Las Vegas, Nevada 89106

Phone (702) 369-3225
Facsimile (702) 369-2110
Direct Dial (725) 228-3231
**Our firm has proudly served Nevadans since 1993. Visit our website at www.legalride.com. AV Peer Review Rated by Martindale-Hubble.**

This communication, including any attachments, may contain confidential information and is intended only for the recipient(s) to whom it is addressed. Any review, dissemination, or copying of this communication by anyone other than the intended recipient is strictly prohibited. If you are not the intended recipient, please contact the sender via email and delete all copies of the original message.

**From:** Bruce W. Kelley <bkelley@winnerfirm.com>
**Sent:** Friday, August 19, 2022 10:06 AM
**To:** Bill McGaha <bmcgaha@smlvlaw.net>; Pete Mendoza <petem@newallianceins.net>; Pedro Montufar <pmontufar@littletongroup.com>
**Cc:** Brittney Blankenbeckler <bblankenbeckler@winnerfirm.com>; Myriam A. Alvarado <malvarado@winnerfirm.com>; Donna Brand <dbrand@smlvlaw.net>
**Subject:** RE: Washington v. New Alliance

May I assume that since you have filed and served your complaint that there will be no prelitigation settlement discussions regarding your demand?  Not a criticism Bill, just a question that I am sure my carrier will ask me.

Either way I look forward to working with you sir.

Have a great weekend.  If you can't get a hold of me in the near future, just call Brittney.  I made the mistake of buying a house and it is sucking up all of my time.

Bruce



**Bruce William Kelley**
Partner
1117 South Rancho Drive
Las Vegas, NV 89102
PHONE (702) 243-7000 | FAX (702) 243-7059
bkelley@winnerfirm.com
www.winnerfirm.com

**CONFIDENTIALITY NOTICE:** THIS EMAIL TRANSMISSION IS ATTORNEY CLIENT, ATTORNEY WORK PRODUCT, DISSEMINATED AND/OR PROVIDED IN CONTEMPLATION OF POTENTIAL OR FUTURE LITIGATION, AND/OR CONFIDENTIAL INFORMATION THAT IS INTENDED SOLELY FOR THE USE OF THE INDIVIDUAL(S) OR ENTIT(IES) NAMED ABOVE  IF YOU ARE NOT AN INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED  IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE DELETE THIS TRANSMISSION AND IMMEDIATELY NOTIFY THE SENDER OF THIS ERROR

**From:** Bill McGaha <bmcgaha@smlvlaw.net>
**Sent:** Friday, August 19, 2022 9:58 AM
**To:** Bruce W. Kelley <bkelley@winnerfirm.com>; Pete Mendoza <petem@newallianceins.net>; Pedro Montufar <pmontufar@littletongroup.com>
**Cc:** Brittney Blankenbeckler <bblankenbeckler@winnerfirm.com>; Myriam A. Alvarado <malvarado@winnerfirm.com>; Donna Brand <dbrand@smlvlaw.net>
**Subject:** RE: Washington v. New Alliance

Bruce:

Hope you are doing well.  In following up on your email below,  I anticipate providing a demand number next week.  I know we effectuated service on I believe July 19th.  Have a good weekend.

Kindest Regards,

Bill

William W. McGaha, Esq.
**Legalride, L.L.C.**
**Schuetze, McGaha, Turner & Ferris, P.L.L.C.**
601 South Rancho Drive, Suite C-20
Las Vegas, Nevada  89106

Phone (702) 369-3225
Facsimile (702) 369-2110
Direct Dial (725) 228-3231
**Our firm has proudly served Nevadans since 1993.  Visit our website
at www.legalride.com.  AV Peer Review Rated by Martindale-Hubble.**

This communication, including any attachments, may contain confidential information and is intended only
for the recipient(s) to whom it is addressed. Any review, dissemination, or copying of this communication by
anyone other than the intended recipient is strictly prohibited.  If you are not the intended recipient, please
contact the sender via email and delete all copies of the original message.

**From:** Bruce W. Kelley <bkelley@winnerfirm.com>
**Sent:** Wednesday, August 3, 2022 9:31 AM
**To:** Bill McGaha <bmcgaha@smlvlaw.net>; Pete Mendoza <petem@newallianceins.net>; Pedro
Montufar <pmontufar@littletongroup.com>
**Cc:** Brittney Blankenbeckler <bblankenbeckler@winnerfirm.com>; Myriam A. Alvarado
<malvarado@winnerfirm.com>
**Subject:** Washington v. New Alliance

Hello gentlemen,

Just following up with both sides.  I was wondering if there is anything the three of you need me to be
doing in the interim.  I think when we last corresponded Pete and Pedro were still evaluating the
property damage claims made by Bill's client and I think Bill was going to check out whether his client
was in a position to make a demand for their personal injuries.

Not trying to rush anyone.  Just want to be sure I am not holding up the works.

Brittney, lets follow up again at the end of the month.

Have a good day all.



**Bruce William Kelley**
Partner
1117 South Rancho Drive
Las Vegas, NV 89102
PHONE (702) 243-7000 | FAX (702) 243-7059

bkelley@winnerfirm.com
www.winnerfirm.com

**CONFIDENTIALITY NOTICE:** THIS EMAIL TRANSMISSION IS ATTORNEY CLIENT, ATTORNEY WORK PRODUCT, DISSEMINATED AND/OR PROVIDED IN CONTEMPLATION OF POTENTIAL OR FUTURE LITIGATION, AND/OR CONFIDENTIAL INFORMATION THAT IS INTENDED SOLELY FOR THE USE OF THE INDIVIDUAL(S) OR ENTITY(IES) NAMED ABOVE. IF YOU ARE NOT AN INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE DELETE THIS TRANSMISSION AND IMMEDIATELY NOTIFY THE SENDER OF THIS ERROR.

# EXHIBIT G

℘JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

D. ANTHONY WASHINGTON

**DEFENDANTS**

PEDRO VALLADARES HIDALGO and PBRB LOGISTICS, LLC

**(b)** County of Residence of First Listed Plaintiff  Clark County, NV
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant  Maricopa County, AZ
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

William W. McGaha, Esq., 601 S. Rancho Dr., Suite C-20, Las Vegas, Nevada 89106, (702) 369-3225

Attorneys (If Known)

Bruce W. Kelley, Esq., Winner & Booze,1117 S. Rancho Drive, Las Vegas, NV 89102, (702) 243-7000

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government
Plaintiff

☒ 3  Federal Question
(U.S. Government Not a Party)

☐ 2  U.S. Government
Defendant

☒ 4  Diversity
(Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers' Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☒ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury | **PERSONAL INJURY**<br>☐ 362 Personal Injury - Med. Malpractice<br>☐ 365 Personal Injury - Product Liability<br>☐ 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | ☐ 610 Agriculture<br>☐ 620 Other Food & Drug<br>☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 630 Liquor Laws<br>☐ 640 R.R. & Truck<br>☐ 650 Airline Regs.<br>☐ 660 Occupational Safety/Health<br>☐ 690 Other | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br><br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark | ☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Sat TV<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 875 Customer Challenge 12 USC 3410<br>☐ 890 Other Statutory Actions<br>☐ 891 Agricultural Acts |
| **REAL PROPERTY**<br>☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | **CIVIL RIGHTS**<br>☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/ Accommodations<br>☐ 444 Welfare<br>☐ 445 Amer. w/Disabilities - Employment<br>☐ 446 Amer. w/Disabilities - Other<br>☐ 440 Other Civil Rights | **PRISONER PETITIONS**<br>☐ 510 Motions to Vacate Sentence<br>**Habeas Corpus:**<br>☐ 530 General<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition | **LABOR**<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt.Reporting & Disclosure Act<br>☐ 740 Railway Labor Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act<br>**IMMIGRATION**<br>☐ 462 Naturalization Application<br>☐ 463 Habeas Corpus - Alien Detainee<br>☐ 465 Other Immigration Actions | **SOCIAL SECURITY**<br>☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g))<br>**FEDERAL TAX SUITS**<br>☐ 870 Taxes (U.S. Plaintiff or Defendant)<br>☐ 871 IRS—Third Party 26 USC 7609 | ☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 895 Freedom of Information Act<br>☐ 900Appeal of Fee Determination Under Equal Access to Justice<br>☐ 950 Constitutionality of State Statutes |

## V. ORIGIN (Place an "X" in One Box Only)

☐ 1 Original Proceeding   ☒ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 USC 1332 and 28 USC 1441

Brief description of cause:
Personal Injury

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):   JUDGE _____   DOCKET NUMBER _____

DATE
09/15/2022

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed.  The attorney filing a case should complete the form as follows:

I.    **(a) Plaintiffs-Defendants.**  Enter names (last, first, middle initial) of plaintiff and defendant.  If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations.  If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b) County of Residence.  For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing.  In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing.  (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) Attorneys.  Enter the firm name, address, telephone number, and attorney of record.  If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

II.    **Jurisdiction.**  The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings.  Place an "X" in one of the boxes.  If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff.  (1) Jurisdiction based on 28 U.S.C. 1345 and 1348.  Suits by agencies and officers of the United States are included here.

United States defendant.  (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question.  (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States.  In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship.  (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states.  When Box 4 is checked, the citizenship of the different parties must be checked.  (See Section III below; federal question actions take precedence over diversity cases.)

III.    **Residence (citizenship) of Principal Parties.**  This section of the JS 44 is to be completed if diversity of citizenship was indicated above.  Mark this section for each principal party.

IV.    **Nature of Suit.**  Place an "X" in the appropriate box.  If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit.  If the cause fits more than one nature of suit, select the most definitive.

V.    **Origin.**  Place an "X" in one of the seven boxes.

Original Proceedings.  (1) Cases which originate in the United States district courts.

Removed from State Court.  (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.  When the petition for removal is granted, check this box.

Remanded from Appellate Court.  (3) Check this box for cases remanded to the district court for further action.  Use the date of remand as the filing date.

Reinstated or Reopened.  (4) Check this box for cases reinstated or reopened in the district court.  Use the reopening date as the filing date.

Transferred from Another District.  (5) For cases transferred under Title 28 U.S.C. Section 1404(a).  Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation.  (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.  When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment.  (7) Check this box for an appeal from a magistrate judge's decision.

VI.    **Cause of Action.**  Report the civil statute directly related to the cause of action and give a brief description of the cause.  **Do not cite jurisdictional statutes unless diversity.**          Example:          U.S. Civil Statute: 47 USC 553
                                        Brief Description: Unauthorized reception of cable service

VII.    **Requested in Complaint.**  Class Action.  Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand.  In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand.  Check the appropriate box to indicate whether or not a jury is being demanded.

VIII.    **Related Cases.**  This section of the JS 44 is used to reference related pending cases if any.  If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.**  Date and sign the civil cover sheet.