1  **WILLIAM W. McGAHA, ESQ.**
   Nevada Bar #3234
2  **SCHUETZE, McGAHA, TURNER & FERRIS PLLC.**
   601 S. Rancho Drive, Suite C-20
3  Las Vegas, Nevada 89106
   (702) 369-3225
4  (702) 369-2110 Facsimile
   bmcgaha@smlvlaw.net
5
   Attorneys for Plaintiff
6
                    UNITED STATES DISTRICT COURT
7
                         DISTRICT OF NEVADA
8

| D. ANTHONY WASHINGTON,<br><br>  Plaintiff,<br><br>vs.<br><br>PEDRO VALLADARES HIDALGO and PBRB LOGISTICS, LLC; DOES I – X, and ROE CORPORATIONS XI – XX, inclusive,<br><br>  Defendants. | **CASE NO**: 2:22-CV-01545-JCM-DJA |
|---|---|

### STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE JOINT PRETRIAL ORDER
(First Request)

IT IS HEREBY STIPULATED, by and between the parties through their undersigned counsel of record, WILLIAM W. McGAHA, ESQ. of the law firm SCHUETZE, McGAHA, TURNER & FERRIS, PLLC, counsel for Plaintiff and BRUCE KELLEY, ESQ. of the law firm WINNER & BOOZE, LLP, on behalf of the Defendant, as follows:

The parties stipulated and respectfully request that this Honorable Court extend the deadline to file the Joint Pretrial Order in this matter thirty (30) days up to Thursday, January 11, 2024.  The current due date is December 11, 2023.

This case is almost settled. The bodily injury claims have been settled and a release signed. The property damage claim for a motorcycle involved in the case is currently being negotiated and very close to resolution. The parties to this action are not making this request for the purpose of unduly delaying the trial in this matter. The parties are diligently working together to finish negotiating the last details of settlement. Therefore, the parties require additional time to draft, confer, and resolve the parties' statements pertaining to complex issues of law to be tried and determined at trial within the Joint Pretrial Order. They therefore stipulate to extend the time to file the pretrial order until Thursday, January 11, 2024.

WHEREFORE, the parties respectfully request that this Court extend the time to file the Joint Pretrial Order as outlined above.

| DATED this 11th day of December 2023. | DATED this 11th day of December 2023. |
|---|---|
| **SCHUETZE, McGAHA, TURNER & FERRIS, PLLC.** | **WINNER & BOOZE** |
| By */s/William W. McGaha*<br>**WILLIAM W. McGAHA, ESQ.**<br>Nevada Bar #3234<br>601 S. Rancho Drive, Suite C-20<br>Las Vegas, Nevada 89106<br>Attorneys for Plaintiff | By _____<br>BRUCE W. KELLEY, ESQ.<br>Nevada Bar #3062<br>1117 S. Rancho Drive<br>Las Vegas, Nevada 89102<br>Attorneys for Defendants |

**ORDER**

IT IS SO ORDERED.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 12/13/2023