|   |   |
|---|---|
| 1 | BRUCE W. KELLEY |
|   | Nevada Bar No. 7331 |
| 2 | WINNER & BOOZE |
|   | 1117 South Rancho Drive |
| 3 | Las Vegas, Nevada 89102 |
|   | Phone (702) 243-7000 |
| 4 | Facsimile (702) 243-7059 |
|   | bkelley@winnerfirm.com |
| 5 |   |
|   | Attorneys for Defendants PEDRO VALLADARES HIDALGO and |
| 6 | PBRB LOGISTICS, LLC |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| D. ANTHONY WASHINGTON, | CASE NO.: 2:22-cv-01545-JCM-DJA |
|---|---|
| Plaintiff, |   |
| vs. |   |
| PEDRO VALLADARES HIDALGO and PBRB LOGISTICS, LLC; DOES I-X, and ROE CORPORATIONS XI-XX, inclusive, |   |
| Defendants. |   |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by and between Bill McGaha, Esq. of the law offices of SCHUETZE, MCGAHA, TURNER & FERRIS, attorneys for the Plaintiff D. ANTHONY WASHINGTON and Bruce William Kelley, Esq. of the law offices of WINNER & BOOZE, attorneys for Defendants PEDRO VALLADARES HIDALGO and PBRB LOGISTICS, LLC that the above-entitled matter be dismissed with prejudice with each side to bear their own costs and attorney's fees.

//
//
//
//
//
//

Page 1 of 2

Pursuant to FRCP 26, a Scheduling Order has not been filed and a Trial has not been set.

Dated: February 12, 2024                                Dated: February 12, 2024

WINNER & BOOZE                                          SCHUETZE, MCGAHA, TURNER & FERRIS

/s/ Bruce W. Kelley                                     /s/ Bill McGaha
Bruce W. Kelley                                         Bill McGaha, Esq.
Nevada Bar No. 7331                                     Nevada Bar No. 3234
1117 South Rancho Drive                                 601 South Rancho Drive, Suite C-20
Las Vegas, Nevada 89102                                 Las Vegas, NV 89106
Attorneys for Defendant                                 Attorneys for Plaintiff

### ORDER

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled action be dismissed with prejudice, each party to bear their own costs and attorneys' fees.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that a trial date has not been set in this matter.

DATED February 16, 2024.

/s/ James C. Mahan
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| From: | Bill McGaha |
| To: | Brittney Blankenbeckler |
| Cc: | Donna Brand |
| Subject: | Re: Claim 79.1723 Washington 2006 Yamaha R1 Anniversary Edition Comps |
| Date: | Monday, February 12, 2024 4:16:58 PM |
| Attachments: | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |
| | image006.png |
| | image007.png |

Brittany. I have reviewed the stipulation in order it is fine with me and please affix my electronic signature
Kindest regards,
Bill McGaha

Get Outlook for iOS

**From:** Brittney Blankenbeckler <bblankenbeckler@winnerfirm.com>
**Sent:** Monday, February 12, 2024 2:29:13 PM
**To:** Bill McGaha <bmcgaha@smlvlaw.net>
**Cc:** Donna Brand <dbrand@smlvlaw.net>
**Subject:** RE: Claim 79.1723 Washington 2006 Yamaha R1 Anniversary Edition Comps

Hi Bill,

I am attaching the SAO for your review and signature.

As to the refund from Dr. Forage, his office told me they were working on it on January 26. I just sent another email to their office following up.



Brittney Blankenbeckler
Paralegal to Bruce W. Kelley, Esq.
1117 South Rancho Drive
Las Vegas, NV 89102
PHONE (702) 243-7000 | FAX (702) 243-7059
bblankenbeckler@winnerfirm.com
www.winnerfirm.com

**CONFIDENTIALITY NOTICE:** THIS EMAIL TRANSMISSION IS ATTORNEY CLIENT, ATTORNEY WORK PRODUCT, DISSEMINATED AND/OR PROVIDED IN CONTEMPLATION OF POTENTIAL OR FUTURE LITIGATION, AND/OR CONFIDENTIAL INFORMATION THAT IS INTENDED SOLELY FOR THE USE OF THE INDIVIDUAL(S) OR ENTIT(IES) NAMED ABOVE. IF YOU ARE NOT AN INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE DELETE THIS TRANSMISSION AND IMMEDIATELY NOTIFY THE SENDER OF THIS ERROR.

**From:** Bill McGaha <bmcgaha@smlvlaw.net>
**Sent:** Monday, February 12, 2024 1:49 PM
**To:** Brittney Blankenbeckler <bblankenbeckler@winnerfirm.com>
**Cc:** Donna Brand <dbrand@smlvlaw.net>; Bruce W. Kelley <bkelley@winnerfirm.com>
**Subject:** RE: Claim 79.1723 Washington 2006 Yamaha R1 Anniversary Edition Comps

The case settled out so we can do the SAO for dismissal. Dr. Forage, I believe, still owes us the deposition fee. Is there a status on that?

Bill

William W. McGaha, Esq.